# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# BRYSON CITY DIVISION
# 2:06 CR 28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TIMOTHY RAY SMITH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** came before the undersigned pursuant to a Motion for Bond Modification (#47) filed by counsel for Defendant  In the motion, Defendant request permission to be released from detention to attend a forty-two (42) day inpatient treatment program at the Swain Recovery Center.  The Government has advised that it has no objection to the motion.   It appearing to the Court that good cause has been shown for the granting of the motion and the motion will be allowed.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the Motion for Bond Modification (#47) is **ALLOWED** and the Defendant will be allowed to participate in the Swain Recovery Center forty-two (42) inpatient treatment program.

Signed: March 20, 2015

Dennis L. Howell
United States Magistrate Judge